**Opinion issued March 4, 2014.**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-13-00535-CV

———————————

### IN RE ARTIS CHARLES HARRELL, Relator

———————————

### Original Proceeding on Petition for Writ of Mandamus

———————————

#### MEMORANDUM OPINION

Relator, Artis Charles Harrell, an inmate proceeding pro se, has filed a petition for writ of mandamus, challenging the trial court's order sustaining the district clerk's contest to his affidavit of indigence.[1]

---

[1]     The petition identifies the underlying case as *Artis Charles Harrell v. Branch Brinson, et al.*, No. 2006-02867, in the 189th District Court of Harris County, the Honorable William R. Burke presiding.

We deny the petition for writ of mandamus. *See* TEX. R. APP. P. 20.1 (providing for review of order sustaining contest to affidavit of indigence); *In re Arroyo*, 988 S.W.2d 737, 738 (Tex. 1998) (holding that appeal is adequate remedy); *Jackson v. N. Forest Indep. Sch. Dist.*, 01-10-00010-CV, 2012 WL 246052, at *3 n.10 (Tex. App.—Houston [1st Dist.] Jan. 26, 2012, no pet.) (mem. op.) ("The Texas Supreme Court has held that appeal, not mandamus, is the sole way to review a denial of a free appellate record.").

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.